UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>JONATHAN STEWART<br><br>Debtor | Chapter 7<br>Case No. 25-11758-AMC |
| LAKEVIEW LOAN SERVICING, LLC<br><br>Movant<br><br>v.<br><br>JONATHAN STEWART<br>(Debtor)<br><br>LYNN E. FELDMAN<br>(Trustee)<br><br>Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion"), filed by Lakeview Loan Servicing, LLC, and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is terminated permitting Lakeview Loan Servicing, LLC, and its successors and assigns, to exercise its rights under applicable law against the Property; and Lakeview Loan Servicing, LLC is allowed to enforce the lien of its Mortgage as it pertains to the real property located at 2227 North Bancroft Street, Philadelphia, PA 19132 which relief shall extend to the purchaser to take such action under state law, as may be necessary, to obtain possession of the property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(4).

Date:  June 27, 2025

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Judge